FINKELSTEIN & KRINSK LLP
Jeffrey R. Krinsk, Esq. (SBN 109234)
jrk@classactionlaw.com
Trenton R. Kashima, Esq. (SBN 291405)
trk@classactionlaw.com
550 West C St., Suite 1760
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile:  (619) 238-5425

Kevin J. Stoops (*pro hac vice*)
kstoops@sommerspc.com
Jason J. Thompson (*pro hac vice* forthcoming)
jthompson@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

*Counsel for Plaintiff and Proposed Class and Collective Members*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

_____

| | |
|---|---|
| MONICA SMITH, individually and on behalf of all other similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>KAISER FOUNDATION HOSPITALS, a California corporation,<br><br>    Defendants. | Case No: 3:18-cv-00780<br><br>**NOTICE OF SETTLEMENT** |

**TO THE CLERK OF THE CENTRAL DISTRICT OF CALIFORNIA AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff, Monica Smith, has reached a settlement in the above-referenced case. A formal settlement agreement is being circulated between parties for review and approval.

Dated: February 19, 2019

Respectfully Submitted,

FINKELSTEIN & KRINSK LLP

/s/ *Trenton R. Kashima*

Trenton R. Kashima, Esq.
trk@classactionlaw.com
550 West C St., Suite 1760
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

Kevin J. Stoops (*pro hac vice*)
kstoops@sommerspc.com
Jason T. Thompson (*pro hac vice forthcoming*)
jthompson@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

*Attorneys for Plaintiffs and proposed Collective and Class Members*