SOMMERS SCHWARTZ, P.C.
Trenton R. Kashima (SBN 291405)
tkashima@sommerspc.com
402 West Broadway, Suite 1760
San Diego, California 92101
Telephone: (619) 762-2125

SOMMERS SCHWARTZ, P.C.
Kevin J. Stoops (SBN 332200)
kstoops@sommerspc.com
Jason J. Thompson (*pro hac vice*)
jthompson@sommerspc.com
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300

*Counsel for Plaintiffs and Proposed Class and Collective Members*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONICA SMITH and ERIKA SIERRA,** individually and on behalf of all other similarly situated individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> **KAISER FOUNDATION HOSPITALS**, a California corporation, <br><br> Defendant. | Case No.: 3:18-CV-000780-DMS-KSC <br><br> Class and Collective Action <br><br> Assigned for All Purposes to: <br> Hon. Magistrate Karen S. Crawford <br><br> **NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS/COLLECTIVE ACTION SETTLEMENT, AND CORRESPONDING MOTION** <br><br> [*Filed concurrently with Memorandum of Points and Authorities; Declaration of Kevin J. Stoops;[Proposed] Order*] <br><br> Hearing: June 9, 2021 <br> Time:    2:00 P.M. <br> Dept.:    Courtroom 2C, 333 West Broadway, San Diego, California <br> Original Complaint: December 21, 2017 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on **June 9, 2021**, at **2:00 p.m.** or as soon thereafter as counsel may be heard, in Courtroom 2C of this Court (or via telephonic

1 means if indicated by the Court), located at 333 West Broadway, San Diego, California, before the Honorable Karen S. Crawford, Plaintiffs Monica Smith and Erika Sierra ("Plaintiffs"), on behalf of themselves and the putative Settlement Class/Collective of similarly situated employees of Defendant Kaiser Foundation Hospital ("Defendant"), will and hereby do move this Court for final approval of the Parties' Second Amended Class and Collective Action Settlement Agreement and Release of Claims ("Agreement") [ECF No. 82-1], and entry of judgment in accordance with the Agreement; and (2) to grant, pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), and section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b), final class certification and collective action designation of the settlement Class/Collective certified in the Preliminary Approval Order [ECF No. 84].

Plaintiffs respectfully submit good cause exists for granting the Motion for the reasons set forth in the concurrently filed documents. Defendant's counsel has reviewed the documents being filed in support of this Motion and does not oppose it, though Defendants have reserved the right to submit a Notice of Non-Opposition, together with any additional points and authorities for the Court's consideration.

The basis for this Motion is that the proposed Agreement is fair, adequate, and reasonable and in the best interests of the Class and Collective members as a whole, and the procedures proposed by the parties are adequate to ensure the opportunity of Class and Collective members to participate in, opt out of, or object to the Settlement.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities and other documents filed herewith, including the Settlement Agreement, the Declaration Kevin J. Stoops, the [Proposed] Order granting final approval, the Court's Order Granting Renewed Motion Preliminary Approval of Class/Collective Action Settlement and Order Setting Final Approval Hearing and Related Deadlines [ECF No. 84], and the other pleadings and records on file in this action, and the presentations of counsel and such oral or documentary evidence as may be presented at the hearing on this Motion.

| | | |
|---|---|---|
| 1 | DATED: May 3, 2021 | SOMMERS SCHWARTZ, P.C. |
| 2 | | |
| 3 | | By: /s/ *Kevin J. Stoops* |
| | | Kevin J. Stoops |
| 4 | | |
| 5 | | Kevin J. Stoops (SBN 332200) |
| | | Jason J. Thompson (*pro hac vice*) |
| 6 | | |
| 7 | | *Counsel for Plaintiff and Proposed Class and Collective Members* |